<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| TRISTAR PRODUCTIONS, INC., etc., | Hon. Faith S. Hochberg, U.S.D.J. |
| Plaintiff, | Civil Case No. 13-5920 (FSH) |
| v. | **ORDER** |
| WINK INTIMATES, etc., *et al.*, | Date: June 2, 2014 |
| Defendants. |  |

**<u>HOCHBERG, District Judge</u>:**

This matter having come before the Court upon motion by Plaintiff Tristar Products, Inc. ("Tristar"), seeking a default judgment and permanent injunction upon its claims against Defendants Andrea Clair d/b/a Wink Intimates and Anastasios Koskinas d/b/a Wink Intimates (hereinafter individually and collectively referred to as "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and the Court having reviewed and considered the papers submitted by Tristar in support of its motion for default judgment, and for good cause having been shown;

**IT IS** on this 2nd day of June, 2014,

**ORDERED** that Tristar's Motion for Default Judgment is **GRANTED**; and

**IT IS FURTHER ORDERED** that a proof hearing is scheduled in this matter for July 8, 2014 at 10:30 a.m. in Newark, Courtroom 4A.

s/ <i>Faith S. Hochberg</i><br>
Hon. Faith S. Hochberg<br>
United States District Judge